**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

MEDALIST HOMES, INC.,

Plaintiff,

v.

AMAIN HOMES, INC., GREGORY COMER, WALTER DONNAY, DALE HORBACZ, SHERRI HORBACZ, JEFFREY JOHN SCHUMACHER, dba J.J. Schumacher Draftng and Design,

Defendants.

Civil No. 01-1454 (DWF/SRN)

**ORDER OF DISMISSAL**

---

Paul Lacy, Esq., and Brent Routman, Esq., Merchant & Gould, 80 South 8th Street, Suite 3200, Minneapolis, MN 55402, counsel for Plaintiff.

Robert Stich, Esq., Stich Angell Kreidler, 250 2nd Avenue South, Suite 120, Minneapolis, MN 55401, counsel for Defendants Amain Homes, Inc., Gregory Comer and Walter Donnay.

Gerald Hoke, Esq., Hoke Law Office, 12201 Champlin Drive, Champlin, MN 55316, counsel for Defendants Dale and Sherri Horbacz.

Daniel Westerman, Esq., Westerman & Westerman, 1700 Highway 36 West, Suite 619, Roseville, MN 55113, counsel for Defendant Jeffrey Schumacher.

---

The court having been advised by counsel that the above case has been settled,

**IT IS ORDERED** that this action is hereby dismissed, with prejudice, the court reserving jurisdiction for ninety (90) days to permit any party to move to reopen the action, for good cause shown, or to submit and file a stipulated form of final judgment, or to seek enforcement of the settlement terms.

Dated: August 22, 2002

DONOVAN W. FRANK
Judge of United States District Court

Filed AUG 22 2002
Richard D. Sletten, Clerk
Judgment Entered ______
Deputy Clerk's Initials ______